Cause No. 12-14-00040-CR

Lawrence Kelvin          §          In The
Walker, JR.              §
Vs.                      §          Twelfth Court
                         §          Of Appeals
The State of Texas       §

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 02 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Motion To Extend Time
To File Appellant's Pro Se Brief

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled & numbered cause, & moves this court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 (d) complying with Rule 10.5 (b) of the Texas Rules of Appellant Procedure, & for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas

2. The case below was styled State v. Lawrence Kelvin Walker JR. & numbered 114-1268-13.

3. Appellant was convicted of Indecency w/child Sexual Contact.

4. Appellant was assessed a sentence of twenty (20) years confinment in the Texas Department Of Criminal Justice - Institutianal Division.

5. Notice of appeal was given on Febuary 4, 2014

6. Appellant's Pro Se Brief is due on July 7, 2015. Pro Se Defendant request the court an extension of at least sixty (60) days from July 7, 2015. Pro Se Defendant request the court grant an extension of at least sixty (60) days.

7. Appellant request an extension of time due to the following facts & circumstances.

A) Appellant is indigent & lacks the supplies needed to fund the brief's shipping at the moment.

B) Appellant has filed for true documents & is waiting for them.

C) Appellant is not done with his brief.

D) Unit lockdown is coming up around July 6 or 9, 2015 & Appellant doesn't know how long it'll be before he makes commissary for the supplies he needs & when he will be able to go to the law library to finish his briefing correctly with all the information he wishes to present to the Court.

E) Appellant has school from 11:30am - 2:45pm & work from 2:45pm - 10:00pm sometimes until 1:00am. Pro Se Defendant is gone most of the day. Appellant has asked to get out of ~~documents~~ one of the priorities but TDCJ says Appellant will recieve disciplinary results if so. Appellant needs time!

8. Appellant request an extension of time due to the above referenced facts & circumstances.

9. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Pro Se Brief for a period of sixty (60) days, & for such other & further relief as the Court may deem appropriate.

Respectfully Submitted

Lawrence K. Walker Jr.
1313 County Rd 19, Smith Unit
Lamesa, Texas

Lawrence K. Walker Jr.

## Certificate Of Service

This is to certify that on June 30, 2015, a true & correct copy of the above & foregoing document was served to Michael West, Smith County District Attorney's Office, 100 N. Broadway, Tyler, Texas 75702, by regular mail.

_Lawrence K. Walker Jr._
Lawrence K. Walker JR.